# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Fleming,<br><br>          Plaintiff,<br><br>v.<br><br>I.C. System, Inc.,<br><br>          Defendant. | No. CV10-1926-PHX-SRB<br><br>**ORDER TO DISMISS<br>WITH PREJUDICE**<br><br>*(Assigned to The Honorable<br>Susan R. Bolton)* |

This matter having been settled, and the parties hereto having submitted a Stipulation to Dismiss with Prejudice, and good cause appearing therefor,

**IT IS ORDERED** that the above-captioned matter be dismissed *with prejudice*, each party to bear its own costs and attorneys' fees

DATED this 24th day of November, 2010.

_____
Susan R. Bolton
United States District Judge